UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HENDERSON, LANIDA GREEN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, DOES 1 to 50,<br><br>Defendants. | Case No.  CV 12-3655 NC<br><br>ORDER GRANTING IN PART AND DENYING IN PART UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF: REQUEST FOR CONTINUANCE OF TRIAL AND ASSOCIATED PRE-TRIAL DATES |

The Court, having read and considered the foregoing unopposed motion for administrative relief and accompanying Declaration of Richard G. Grotch, enters the following order:

IT IS HEREBY ORDERED that:

1. ALTERNATIVE DISPUTE RESOLUTION. Having been referred to the court's mediation panel, and a mediator having been assigned, the May 31, 2013 mediation completion deadline is extended to and including **July 30, 2013**.

2. DISCOVERY. The deadline by which the parties must complete all non-expert discovery is extended from June 4, 2013 to **July 12, 2013**.

3. FURTHER CASE MANAGEMENT CONFERENCE. The date for a further case management conference is continued from June 12, 2013 at 10:00 a.m. to **July 31, 2013, at**

Proposed Order Granting Unopposed Motion for Administrative Relief
Case No: CV 12-3655 NC

1 | **10:00 a.m.**, in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties must file a joint case management statement at least one week prior to the conference. See Civil L.R. 16-10(d).

4. All other case deadlines, including the pretrial and trial dates, remain unchanged.

IT IS SO ORDERED.

Dated: May 2, 2013

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge

---

2
Proposed Order Granting Unopposed Motion for Administrative Relief
Case No: CV 12-3655 NC