# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY HENDERSON and LANIDA GREEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES,<br><br>Defendant. | Case No. 12-cv-03655 NC<br><br>**ORDER RE: PLAINTIFFS' DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 21 |

Plaintiffs filed a discovery letter brief requesting the Court to compel defendant United Airlines to respond to several of plaintiffs' requests for discovery. United must respond to plaintiffs' contentions in the letter brief by May 24, 2013 at 5:00 p.m. Also by May 24, plaintiffs must file a copy of the relevant discovery requests and any responses from United. The Court will hold a hearing on the issue on May 29, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco.

IT IS SO ORDERED.

Date: May 17, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-03655 NC
ORDER RE: DISCOVERY LETTER BRIEF