UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY HENDERSON and LANIDA GREEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES,<br><br>Defendant. | Case No. 12-cv-03655 NC<br><br>**ORDER DENYING WITHOUT PREJUDICE DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 26 |

Plaintiffs unilaterally filed a discovery letter brief requesting the Court to compel defendant United Airlines to augment its responses to interrogatory 27. Plaintiffs' counsel failed to show that the parties have met and conferred prior to filing the letter brief and also failed to follow my standing order to submit discovery disputes in a joint letter brief. *See* Mag. Judge N. Cousins, Civil Standing Order, updated Aug. 24, 2012 (copy attached). Accordingly, the Court DENIES plaintiffs' letter brief WITHOUT PREJUDICE. The parties are ORDERED to meet and confer. If they cannot resolve this dispute, they may submit a joint letter brief in accordance with my standing order.

IT IS SO ORDERED.

Date: June 24, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-03655 NC
ORDER RE: DISCOVERY LETTER
BRIEF