UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY HENDERSON, LANIDA GREEN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, DOES 1 to 50,<br><br>Defendants. | Case No. 12-cv-03655 NC<br><br>**ORDER RE: PRETRIAL CONFERENCE AND TRIAL DATE** |

The Court acknowledges and appreciates receiving notice from the parties that they have settled this case. But as it is unclear when the parties intend to file a stipulation of dismissal, the Court will keep the pretrial conference and the trial on calendar pending the filing of a stipulation of dismissal or of a motion to continue or vacate the trial date.

IT IS SO ORDERED.

Date: October 17, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-03655 NC
ORDER RE: PRETRIAL CONFERENCE
AND TRIAL DATE