Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027

**ATTORNEYS FOR** Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HENDERSON, LANIDA GREEN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, DOES 1 to 50,<br><br>Defendants. | Case No.  CV 12-3655 NC (MED)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISMISSAL WITH PREJUDICE<br><br>Honorable Nathanael Cousins<br>United States Magistrate Judge |

   IT IS HEREBY STIPULATED by and between plaintiffs JOHNNY HENDERSON and LANIDA GREEN and defendant UNITED AIR LINES, INC., through their respective counsel of record, that all the claims of plaintiffs be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear his, her or its own attorneys' fees and costs of suit.

///

///

///

///

///

1

Stipulation for Order of Dismissal with Prejudice
Case No: CV 12-3655 NC (MED)

SO STIPULATED.

Dated: December 20, 2013                LAW OFFICES OF SANFORD M. CIPINKO

                                        /s/ *Sanford M. Cipinko*

                                        By: _____
                                           Sanford M. Cipinko
                                           Attorney for Plaintiffs
                                           Johnny Henderson and Lanida Green

Dated: December 20, 2013                CODDINGTON, HICKS & DANFORTH

                                        /s/ *Richard G. Grotch*

                                        By: _____
                                           Richard G. Grotch (*)
                                           Attorney for Defendant
                                           United Air Lines, Inc.

(*)   I hereby attest that I have on file all Holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

## [~~PROPOSED~~] ORDER

Upon consideration of the foregoing Stipulation for Dismissal with Prejudice, it is hereby ordered that the claims of plaintiffs JOHNNY HENDERSON and LANIDA GREEN be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear his, her or its own attorneys' fees and costs of suit.

Dated: December 20, 2013

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA